

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

_____

No. 07-23-00385-CR
_____

**MARIA ISABEL VELASQUEZ, APPELLANT**

**V.**

**THE STATE OF TEXAS, APPELLEE**

On Appeal from the 181st District Court
Potter County, Texas
Trial Court No. 081727-B-CR, Honorable Titiana D. Frausto, Presiding

January 25, 2024

## ORDER OF ABATEMENT AND REMAND

Before PARKER and DOSS and YARBROUGH, JJ.

Pursuant to a plea bargain agreement, Appellant, Maria Isabel Velasquez, was placed on deferred adjudication community supervision for aggravated assault with a deadly weapon.[1]   On September 11, 2023, the trial court signed a certification of Appellant's right of appeal indicating that this is a plea bargain case with no right of appeal and that Appellant has waived her right of appeal.   Subsequently, at a hearing on

---

[1] *See* TEX. PENAL CODE ANN. § 22.02(a)(2).

September 28, 2023, the trial court orally granted Appellant permission to appeal her placement on deferred adjudication community supervision. Appellant filed this appeal, but no certification reflecting that the trial court has given her permission to appeal has been filed with this Court.

We are required by Rule of Appellate Procedure 25.2(d) to dismiss an appeal "if a certification that shows the defendant has the right of appeal has not been made part of the record." Because the current certification of Appellant's right of appeal appears defective, we abate the appeal and remand the cause to the trial court to prepare an amended certification consistent with the record. *See* TEX. R. APP. P. 25.2(d), (f); *Dears v. State*, 154 S.W.3d 610, 613–14 (Tex. Crim. App. 2005) (requiring an appellate court to determine whether the trial court's certification comports to the record). The trial court shall utilize reasonable means to secure appellant's signature on the amended certification. *See* TEX. R. APP. P. 25.2(d). The amended certification shall be included in a supplemental clerk's record filed with the Clerk of this Court by February 26, 2024.

It is so ordered.

Per Curiam

Do not publish.